# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL CURTIS REYNOLDS.,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:21-1867** |
| v. | : | **(JUDGE MANNION)** |
| **ERIC WILLIAMS, WARDEN** | : | |
| **Respondent** | : | |

-------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **MICHAEL CURTIS REYNOLDS.,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:21-1934** |
| v. | : | **(JUDGE MANNION)** |
| **ERIC WILLIAMS, WARDEN** | : | |
| **Respondent** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petitions for writ of habeas corpus are **DISMISSED** for lack of jurisdiction.

2. Petitioner's motion for declaratory relief, filed in Civil No. 3:21-cv-1867 (Doc. 13) is **DISMISSED** as moot.

3. Petitioner's motion to show cause, filed in Civil no. 3:21-cv-1934 (Doc. 13) is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** these cases.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 28, 2022**
21-1867-01-ORDER